No. 97–9069.  LEON v. ROE, WARDEN, ET AL.  C. A. 9th Cir. Certiorari denied.

No. 97–9071.  KADO v. ADAMS, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 97–9078.  DOE v. A. M. E. ZION CHURCH ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 97–9081.  ESCAMILLA v. NEW YORK.  App. Div., Sup. Ct. N. Y., 3d Jud. Dept.  Certiorari denied.

No. 97–9083.  EPPS v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 97–9084.  PARADISE v. WARDEN, CONNECTICUT CORRECTIONAL INSTITUTE.  C. A. 2d Cir.  Certiorari denied.

No. 97–9088.  HIGGINS v. ANDERSON, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL.  Sup. Ct. Miss. Certiorari denied.

No. 97–9095.  RISHER v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 97–9096.  HOOD v. MURPHY ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 97–9097.  CUTHBERT v. CRAWFORD, CLERK, CIRCUIT COURT OF FLORIDA, BREVARD COUNTY, ET AL.  C. A. 11th Cir. Certiorari denied.

No. 97–9098.  BUFFKIN v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 97–9100.  WILLIAMS v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  Sup. Ct. Fla.  Certiorari denied.

No. 97–9103.  PARKS v. MADISON COUNTY, INDIANA, ET AL. C. A. 7th Cir.  Certiorari denied.

No. 97–9104.  PEREZ v. CALIFORNIA (two judgments).  Ct. App. Cal., 2d App. Dist.  Certiorari denied.